GEORGE W. PROVOST, as Administrator of the Estate of
ALICE PROVOST, Deceased, Respondent, *v.* INTERNA-
TIONAL GIANT SAFETY COASTER COMPANY, Appellant.

*Provost* v. *International Giant Safety Coaster Co.*, 152 App. Div.
83, affirmed.

(Submitted May 13, 1913 ; decided June 3, 1913.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered August 1, 1912, modifying and affirming as modi-
fied a judgment in favor of plaintiff entered upon a ver-
dict in an action to recover for the death of plaintiff's
intestate alleged to have been occasioned through the
negligence of defendant.

*Joseph N. Tuttle* and *Jeremiah J. Coughlan* for
appellant.

*Don R. Almy* and *William S. Evans* for respondent.

Judgment affirmed, with costs, on opinion of Mc-
LAUGHLIN, J., below.

Concur: GRAY, WILLARD BARTLETT, CHASE, CUDDE-
BACK and HOGAN, JJ. Dissenting: CULLEN, Ch. J. Not
sitting: MILLER, J.